**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NSC PARTNERS, LLC, as successor to APPLIED NEUROSOLUTIONS, INC., <br><br> Claimant, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Respondent. | No. 24-CV-4804-EEB <br><br> Honorable Elaine E. Bucklo <br><br> Honorable Magistrate Judge M. David Weisman |

**ELI LILLY AND COMPANY'S MOTION FOR**
**ENTRY OF JUDGMENT UNDER RULE 58(D)**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 58(d), Respondent Eli Lilly and Company ("Lilly") respectfully moves for the entry of a separate judgment setting out the relief this Court granted in its March 10, 2026 Opinion and Order. Dkt. 84.

On March 10, 2026, this Court entered an Order denying Lilly's motion to dismiss, ordering Lilly to arbitrate NSC's claim, and terminating this case. Dkt. 84 at 16. On the same day, the case was terminated. Dkt. 85.

FRCP 58(a) requires "[e]very judgment" to be "set out in a separate document." Under FRCP 58(d), a "party may request that judgment be set out in a separate document as required by Rule 58(a)." Lilly therefore respectfully requests that the Court set out its March 10, 2026 judgment in a separate document.

Dated:    March 27, 2026

Jared Looper (admitted *pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
(212) 607-8160
jlooper@mololamken.com

Respectfully submitted,

/s/ *Zakary Kadish*
Zakary Kadish (#6351099)
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL  60654
(312) 450-6700
zkadish@mololamken.com